UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
LEOCADIA REYES,                                                   :
:
                         Plaintiff,                       :
:      25-CV-905 (JMF)
     -v-                                                        :
:      <u>ORDER</u>
MEXICAN DELI INC et al.,                                          :
:
                         Defendants.                     :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's April 9, 2025 Order, ECF No. 14, Plaintiff was required to file any motion for default judgment, the contents of which are described therein, within two weeks of the date of the Order. To date, Plaintiff has merely filed a request for a Clerk's Certificate of Default and has not filed a motion for default judgment. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 28, 2025**. Failure to file the motion by that deadline will result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: April 24, 2025                          _____
       New York, New York                    JESSE M. FURMAN
                                                  United States District Judge