UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X     DOCKET NO. 1:25-cv-00905-JMF

LEOCADIA REYES,

                            Plaintiff,

         -against-

**MEXICAN DELI, INC., AMERICANO DELI CORP., 4**
**BROTHERS FOOD MARKET AND DELI INC., and EFREN**           **ANSWER**
**CABALLERO DE JESUS**,

                        Defendants.
-------------------------------------------------------------X

       **DEFENDANTS MEXICAN DELI, INC., AMERICANO DELI CORP., 4 BROTHERS**

**FOOD MARKET AND DELI INC., and EFREN CABALLERO DE JESUS** by their attorneys **Benjamin Sharav** and **Law Office of VICTOR J. MOLINA**, interpose the following in Answer to the numbered paragraphs of the Complaint herein:

      NATURE

1.     Deny, accept as to plaintiff having worked at establishment and Defendant being employer.

2.     Deny.

3.     Statement of law requires no admission or denial.

4.     Deny.

5.     Complaint contains no ¶ with this number.

6.     Deny.

7.     Deny.

8.     Statement of Plaintiff's intentions requires no admission or denial.

9.     Deny.

               **JURISDICTION AND VENUE**

10.    Admit.

11.    Admit.

12.    Statement of law requires no admission or denial.

13.    Admit.

## THE PARTIES

**PLAINTIFF**

14.     Admit except for lack of knowledge as to Plaintiff's residence.

15.     Admit only as to Defendant having been employer during the stated time period

16.     Admit.

17.     Statement of Plaintiff's intentions requires no admission or denial.

**DEFENDANTS**

18.     Admit.

19.     Admit.

20.     Deny.

21.     Deny.

22.     Deny

**FACTUAL ALLEGATIONS**

23.     Admit.

24.     Deny.

25.     Deny.

26.     Deny.

27.     Admit.

28.     Deny.

29.     Deny.

30.     Admit

**PLAINTIFF**

31.     Admit

32.     Admit only as to term of employment.

33.     Admit only to the extent that plaintiff worked per a schedule.

34.     Admit.

35. Admit.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

Defendants' General Employment Practices

40. Deny.

41. Deny.

42. Deny.

43. Deny.

44. Deny.

45. Deny.

46. Deny.

**FIRST CAUSE OF ACTION—FLSA Overtime and Minimum Wage**

47. Deny to extent denied, *supra*.

48. Complaint contains no ¶ with number 48.

49. Admit only to extent that Defendants were employers of Plaintiff.

50. Admit.

51. Deny.

52. Deny.

53. Deny.

54. Deny.

**SECOND CAUSE OF ACTION—NYLL Overtime and Minimum Wage**

55. Deny to extent denied, *supra*.

56. Deny.

57. Deny.

58. Deny.

### THIRD CAUSE OF ACTION—NYLL Notice

59. Deny to extent denied, *supra*.

60. Deny.

61. Deny.

### FOURTH CAUSE OF ACTION—NYLL Wage Statements

62. Deny to extent denied, *supra*.

63. Deny.

64. Deny.

### AFFIRMATIVE DEFENSES

**FIRST.** The Complaint fails to state a claim against the Defendants upon which relief may be granted.

**SECOND.** The Defendants have not breached any duty owed to plaintiffs.

**THIRD.** Plaintiffs' claims are barred by the applicable statutes of limitations.

**FOURTH.** Because the Complaint is couched in broad and conclusory terms, Defendants cannot fully anticipate all defenses that may be applicable to the above-entitled action. Accordingly, the right to assert additional defenses and amend this answer, if and to the extent that such defenses are applicable, is hereby reserved.

### PRAYER FOR RELIEF

*Wherefore*, Defendants pray as follows:

1. That Plaintiffs take nothing by way of their Complaint;

2. That the Complaint be dismissed in its entirety with prejudice;

3. That Defendants be awarded its fees and costs, including reasonable attorneys' fees and expert fees, in defense of this action as allowed by law; and

4. For such other and further relief as the Court may deem just and proper.

Dated:  Bronx, New York
        May 8, 2025

/S/
_____

**Benjamin Sharav**
IBS-8536
**Law Office of VICTOR J. MOLINA**
VJM-1741
Attorney for Defendants
**MEXICAN DELI, INC., AMERICANO DELI CORP.,
4 BROTHERS FOOD MARKET AND DELI INC.,
and EFREN CABALLERO DE JESUS**
930 Grand Concourse
Bronx, NY 10451
Tel.: (718) 401-1600
v.j.molina@verizon.net
juris_ben@msn.com

To:  Lina Stillman, Esq
     STILLMAN LEGAL, PC
     *Attorneys for Plaintiffs*
     42 Broadway, 12th Floor
     New York, NY 10004
     Telephone: (212) 203-2417
     ls@stillmanlegalpc.com

## **AFFIRMATION OF SERVICE**

STATE OF NEW YORK  }

                  }SS:

COUNTY OF BRONX    }

I, BENJAMIN SHARAV, being an attorney licensed to practice in New York and in the United States Courts for the Southern and Eastern Districts of New York depose and state under awareness of the penalties for perjury:

That on May 8, 2025, I served the within ANSWER by regular mail, e-mail and ECF on

To:  Lina Stillman, Esq
     STILLMAN LEGAL, PC
     *Attorneys for Plaintiffs*
     42 Broadway, 12th  Floor
     New York, NY 10004
     Telephone: (212) 203-2417
     ls@stillmanlegalpc.com

_____

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>---------------------------------------------------------X<br>LEOCADIA REYES,<br> Plaintiff, <br> -against- <br>MEXICAN DELI, INC., AMERICANO<br>DELI CORP., 4 BROTHERS FOOD<br>MARKET AND DELI INC., and EFREN<br>CABALLERO DE JESUS,<br> Defendants. <br>---------------------------------------------------------X | DOCKET NO. 1:25-cv-00905-JMF<br><br><br><br><br>**ANSWER** |

| |
|---|
| **Benjamin Sharav, Esq. IBS 8536**<br>**Law Office of VICTOR J. MOLINA**<br>VJM-1741<br>Attorney for Defendants<br>**MEXICAN DELI, INC., AMERICANO DELI CORP., 4**<br>**BROTHERS FOOD MARKET AND DELI INC., and EFREN**<br>**CABALLERO DE JESUS**<br>930 Grand Concourse<br>Bronx, NY 10451<br>Tel.: (718) 401-1600<br>v.j.molina@verizon.net<br>Benjamin Sharav, Esq.<br>IBS-8536<br>Juris_ben@msn.com |

| | |
|---|---|
| **To:** | Lina Stillman, Esq<br>STILLMAN LEGAL, PC<br>*Attorneys for Plaintiffs*<br>42 Broadway, 12th Floor<br>New York, NY 10004<br>Telephone: (212) 203-2417<br>ls@stillmanlegalpc.com |