UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       :
LEOCADIA REYES,       :
       :
      Plaintiff,       :
       :    25-CV-905 (JMF)
  -v-       :
       :    <u>ORDER</u>
MEXICAN DELI INC. et al.,       :
       :
      Defendants.       :
       :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 25, 2025, Plaintiff filed a motion for a default judgment. *See* ECF No. 21. Defendants have since appeared and filed an answer to the complaint. *See* ECF Nos. 23, 28-29. In light of Defendants' appearance, the Court hereby ADJOURNS the default judgment hearing currently scheduled for May 21, 2025, to **May 28, 2025**, at **11:00 a.m.** The call-in information remains the same.

      The parties shall be prepared to treat that conference as the initial pretrial conference in the event that the Court denies Plaintiff's motion for a default judgment. To that end, the parties shall follow the pre-conference procedures specified in the Court's Order of February 3, 2025, which direct the parties to submit a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference. *See* ECF No. 5.

      SO ORDERED.

Dated: May 20, 2025
      New York, New York
                                         JESSE M. FURMAN
                                         United States District Judge