

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Reyes v. Mexican Deli Inc. et al., Case No. 1:25-cv-00905-JMF

Dear Judge Furman:

Plaintiff consents to accept Defendants' Answer and to cancelling the hearing on the Default Motion.

The parties would like to bring the case for mediation before the Southern District of New York's Mediation Program, where we have had success resolving cases in the past, and request referral of the case to a Magistrate Judge for that and other purposes.

We understand that if the referral is granted, the Mediation Office will assign a mediator and provide further instructions. The parties will comply with all applicable procedures and deadlines established by the Mediation Program.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Lina Stillman
Lina Stillman, Esq.
Counsel for Plaintiff

/s/ Benjamin Sharav
Benjamin Sharav, Esq.
Victor J. Molina, Esq
Counsel for Defendants

In light of Plaintiff's consent to accept Defendants' answer, Plaintiff's motion for default judgment is hereby DENIED. By separate order today, the Court will refer this action for mediation to the Court-annexed Mediation Program. To permit the parties some time to focus on settlement, the initial pretrial conference currently scheduled for May 28, 2025, is hereby ADJOURNED to **July 30, 2025**, at **9:00 a.m.**

The Clerk of Court is directed to terminate ECF No. 21.

SO ORDERED.

May 22, 2025