UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X

LEOCADIA REYES,

                 *Plaintiff*,

-against-

MEXICAN DELI INC.,
AMERICANO DELI CORP.,
4 BROTHERS FOOD MARKET AND DELI INC.
and EFREN CABALLERO DE JESUS,
individually,

                 *Defendants.*
------------------------------------------------ X

Civil Action No.

1:25-cv-00905-JMF

~~PROPOSED~~ FORM OF JUDGMENT

**JUDGMENT**

On ~~Juluy~~ July 7, 2025, *see* ECF No. 35, the Plaintiff filed a notice of acceptance of an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

That the Plaintiff, LEOCADIA REYES, has a judgment against MEXICAN DELI INC., AMERICANO DELI CORP., 4 BROTHERS FOOD MARKET AND DELI INC., and EFREN CABALLERO DE JESUS, jointly and severally, in the amount of Seventeen Thousand and Five Hundred Dollars ($17,500.00), which is inclusive of attorneys' fees and costs.

Dated:   July 9  , 2025

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case and enter judgment consistent with the accepted offer.